IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HELEN C. RUSHING                                                               PLAINTIFF

vs.                              CASE NO. **4:04CV797GH**

JO ANNE B. BARNHART,                                                  DEFENDANT
Commissioner, Social Security
Administration

## JUDGMENT

Pursuant to the Order entered this date, the Court reverses the decision of the Commission and remands the case to the Commissioner with instructions to conduct further proceedings consistent with this Order. This is a sentence-four remand.

IT IS SO ORDERED this 2nd day of September, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE